**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

Josh Buechler,

                              Plaintiff,

          vs.

Chicago Central & Pacific Railroad, d/b/a
CN,

                              Defendant.

Court File No. 17-CV-3035-MWB

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

          Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter, and all claims asserted in this action or that could have been asserted herein are, dismissed in their entirety, with prejudice and on the merits, and without costs to either party.

          It is further stipulated and agreed that any party, without notice to the others, may cause judgment of dismissal with prejudice to be entered by the Court herein.

          **LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: January 25, 2018

                    *s/Nicholas D. Thompson*
                    Nicholas D. Thompson (MN # 389609)
                    nthompson@moodyrrlaw.com
                    **THE MOODY LAW FIRM, INC**.
                    500 Crawford Street, Suite 200
                    Portsmouth, VA 23704
                    Telephone: (757) 393-4093

                    Wesley T. Graham (#AT0011184)
                    wtg@grahamlawiowa.com
                    **GRAHAM ERVANIAN CACCIATORE LLP**
                    317 Sixth Avenue, Suite 900
                    Des Moines, Iowa 50309
                    Telephone: (515) 244-9400

                    **ATTORNEYS FOR PLAINTIFF**

Dated: January 25, 2018

s/Susan K. Fitzke
Susan K. Fitzke (AT0012102)
sfitzke@littler.com
Emily A. McNee (Bar No. 0395228)
*Admitted Pro Hac Vice*
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000

**ATTORNEYS FOR DEFENDANT**

| Proof of Service |
| --- |
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on January 25, 2018 by: |
| ☐ Hand Delivered ☐ United States mail ☐ Federal Express ☒ Other (CM/ECF) |
| Signature: *s/Susan K. Fitzke* |

Firmwide:151770274.1 046769.1302